NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WESTON SOLUTIONS, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5046

---

Appeal from the United States Court of Federal Claims in No. 10-CV-511, Judge Nancy B. Firestone.

---

**JUDGMENT**

---

MICHAEL H. PAYNE, Cohen Seglias Pallas Greenhall & Furman, of Philadelphia, Pennsylvania, argued for plaintiff-appellant.

MICHAEL D. AUSTIN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and FRANKLIN E. WHITE, JR., Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LINN and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 7, 2011          /s/ Jan Horbaly
Date                         Jan Horbaly
                              Clerk